UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN McHAFFIE, | Case No. C11-5924-RSL |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's motion for attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Dkt. 19, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's motion for EAJA fees, Dkt. 19, is GRANTED, and plaintiff shall be awarded attorney's fees of $7,121.19 and expenses in the sum of $29.12, for a total of

ORDER
PAGE - 1

$7.150.31. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 552 U.S. 1193 (2010), payment of this award shall be sent to plaintiff's attorney Eitan Kassel Yanich at his address: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA 98501. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the U.S. Department of Treasury's offset program, then the check for the EAJA fees will be sent directly to Mr. Yanich by direct deposit or by check payable to him and mailed to his address.

Dated this 7th day of January, 2013.

/s/ Robert S. Lasnik
ROBERT S. LASNIK
United States District Judge

ORDER
PAGE - 2